UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
NIZAR SAMI AYOUB, on behalf of himself and :
a class of similarly situated investors, :
:
                     Plaintiff, :   24-CV-8138 (VEC)
:
        -against- :
:
SPECTRUM PHARMACEUTICALS, INC., :
THOMAS J. RIGA, FRANCOIS J. LEBEL., and :
NORA E. BRENNAN, :
                    Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on November 4, 2024, Defendant filed a motion in the related action *Christiansen v. Spectrum Pharmaceuticals, Inc.*, 22-cv-10292, to disqualify lead Plaintiff Steven B. Christiansen and stay all proceedings pending appointment of a substitute lead Plaintiff; and

    WHEREAS on November 6, 2024, the parties appeared via teleconference for a hearing regarding a discovery dispute.

    IT IS HEREBY ORDERED that, for the reasons discussed at the November 6, 2024, teleconference, this case is STAYED pending resolution of Defendants' motion to disqualify Mr. Christiansen in the related case.

    IT IS FURTHER ORDERED that Defendants are relieved their obligation to respond to the Court's order to show cause why this case not be consolidated pursuant to Federal Rule of Civil Procedure 42 (Dkt. 12).

**SO ORDERED.**

Date: **November 6, 2024**
      **New York, New York**

                                                        **VALERIE CAPRONI**
                                                        **United States District Judge**